**The HERTZ CORPORATION, Plaintiff,**

v.

**AVIS, INC., Defendant.**

**No. 88 Civ. 1035(KTD).**

United States District Court,
S.D. New York.

March 9, 1990.

Patterson, Belknap, Webb & Tyler by Thomas C. Morrison, New York City, for plaintiffs.

Cowan, Liebowitz & Latman, P.C. by J. Christopher Jensen, and McDonough Marcus Cohn & Tretter, P.C. by Franklin E. Tretter, New York City, for defendant.

---

### STIPULATION AND ORDER

KEVIN THOMAS DUFFY, District Judge.

The parties having reached a settlement of this litigation, it is hereby stipulated and agreed that:

(1) This case is hereby dismissed with prejudice; and

(2) The Memorandum and Order issued by this Court on November 16, 1989 is hereby vacated.

SO ORDERED.